pears therefrom, that the said Treasurer disallowed your petitioners claim as commissioner amounting to $45.—

And your petitioner's claim as Surveyor etc, amounting to $306.$\frac{70}{100}$ — both of which claims, your petitioner insists ought of right to have been allowed—

Sup. Court *In the matter of Orange Risdon*

*In the matter of* } On petition &c—
*Orange Risdon* }

Rev$^d$ Code     413. Party whose claim is rejected, may petition the Sup. Court for redress.——

Last Sess. Laws     37. Act authorizing laying out Road from *Pontiac* to *Adrian*.
Same     38. from *Monroe* to the *Princ$^l$ Merid$^n$* (Comm$^{rs}$ to proceed according to Act of April 12. 1827.)

Rev$^d$ Code     402. Duty of Commissioners —
Ib     415. Compensation of Surveyors ——
Ib     416. Deputy Surveyors appointed by Law in each C°—
Last Sess. Laws     80. Power of Gov. to fill vacancy, in case of absence, resignation or inability of any Commissioner —

*U. S vs H L. Ball*     Fil$^d$ in open Court March 2nd 1829 —

Territory of Michigan,
*Henry L. Ball ads.* } Supreme Court— December Term
*The United States,* } 1828. On attachment for Contempt.

The answers of the above named Defendant, to the Interrogatories filed in the above entitled cause.

In answer to the First interrogatory, the Said Henry L. Ball says that on the 8th day of Jan'y last he published or printed the Detroit Gazette, of which he has been printer or publisher since the 10th day of July last.— that he is not, nor has he been proprietor or editor at any time, neither has he any control of the articles which appear therein.

To interrogatory second, he says that the article alluded to as he presumes in this interrogatory, was published in the Detroit Gazette of the 8th Jan. by direction of the editor, and with his the said Ball's knowledge, and that he was neither author or writer, but that to the best of his belief it was written by the editor of said Gazette.

To interrogatory three, he the said Ball, says, that the article alluded to in this interrogatory was published in the Gazette of the 22$^d$ January last, by order and direction of the editor, John P. Sheldon, and that he, the said Ball, had no control over its publication.

Sworn & Subscribed before me     HENRY L. BALL
this 2$^d$ March 1829
    J McDONELL J Peace